```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH WHITAKER,                  :    CIVIL ACTION
                                   :    No. 16-2017
          Plaintiff,               :
                                   :
     v.                            :
                                   :
HERR FOODS, INC.,                  :
                                   :
          Defendant.               :
```

## O R D E R

**AND NOW**, this **29th** day of **July, 2016**, after a hearing on July 11, 2016, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Dismiss (ECF No. 3) is **GRANTED**;

(2) Plaintiff is **GRANTED** leave to amend the dismissed claims by **August 18, 2016**; and

(3) Defendant's Motion to Strike Class Allegations (ECF No. 3) is **DENIED without prejudice.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**