IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH WHITAKER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HERR FOODS, INC., d/b/a HERR's, a Pennsylvania corporation,<br><br>Defendant. | Civil Action No. 2:16-cv-02017 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Kenneth Whitaker and Defendant Herr Foods, Inc, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses all claims in the above-captioned action **WITH PREJUDICE**.

2. Each party shall bear its own costs, expenses, and attorney fees.

Dated: January 9, 2017

**CounselOne, Professional Corporation**

By: _____
Anthony J. Orshansky, Esq.
Atty. Id.: CA #199364
9310 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
P: (310) 277-9945
anthony@counselonegroup.com
**Lead Attorney for Plaintiff**

Dated: January 11, 2017

**Kegel Kelin Almy & Lord LLP**

By: _____
Jason L. Confair, Esq.
Atty. Id.: PA #206729
24 North Lime Street
Lancaster, PA 17602
P: (717) 392-1100
confair@kkallaw.com
**Attorney for Defendant**

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

(1) Case shall be marked closed.